1

2

3

4

5

6            **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF ARIZONA**

8

9    Troy Henry,                                    No. CV-23-00192-TUC-RM

10              Plaintiff,                           **ORDER**

11   v.

12   United States of America,

13              Defendant.

14

15        Pending before the Court is Defendant's Motion to Supplement.  (Doc. 21.)

16   Defendant seeks to supplement the record on its pending Motion to Dismiss with a

17   declaration by Shaleen Ruelas that addresses an administrative claim submitted by

18   Plaintiff in September 2022.  (*Id.*)   Defendant explains that it did not submit the

19   September 2022 administrative claim with its Motion to Dismiss because the

20   administrative claim does not on its face relate to the claims asserted in Plaintiff's First

21   Amended Complaint and Defendant had no reason to know, prior to the filing of

22   Plaintiff's Response to the Motion to Dismiss, that Plaintiff was alleging the claims

23   asserted in the First Amended Complaint are based on the September 2022 administrative

24   claim.  (*Id.*)

25        Good cause appearing,

26        **IT IS ORDERED** that the Motion to Supplement (Doc. 21) is **granted**.   In

27   resolving Defendant's pending Motion to Dismiss, the Court will consider the

28   Supplemental Declaration of Shaleen Ruelas attached to Defendant's Reply (Doc. 22-1).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS FURTHER ORDERED** that Plaintiff may file a surreply addressing the Supplemental Declaration of Shaleen Ruelas within **ten (10) days** of the date this Order is filed.

Dated this 6th day of February, 2024.

_____
Honorable Rosemary Márquez
United States District Judge

- 2 -